UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Harvey,

                Plaintiff,

- *against* -

Career Connections Associates LLC,

                Defendant.

19 Civ. 2869 (PED)

**ORDER APPROVING SETTLEMENT**

**PAUL E. DAVISON, U. S. M. J.:**

By letter dated January 9, 2020, plaintiff's counsel seeks approval, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), of the attached Settlement and Release Agreement pertaining to plaintiff's Fair Labor Standards Act ("FLSA") claims. [Dkt. 6.][1]

Having reviewed the agreement, and considered the representations of counsel, the Court is satisfied that the settlement agreement is fair and reasonable.

Accordingly, the settlement agreement is **APPROVED**. This case is **DISMISSED WITH PREJUDICE.**

Dated: January 28, 2020
       White Plains, New York

SO ORDERED

Paul E. Davison, U.S.M.J.

---

[1] Under the terms of the Settlement Agreement and Release, payments pursuant to the settlement are due within fourteen (14) days of this Court's approval of the settlement and dismissal of the lawsuit. [Dkt. 6-1.]